# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA WHITTENBURG, an individual; STEFANI CONCEPCION, an individual; on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KOHL'S CORPORATION, a Wisconsin corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 11-cv-2320 CRB<br><br>[~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE<br><br><br><br>Complaint Filed: March 4, 2011<br>Trial Date:      None Set |

Defendant Kohl's Corporation ("Defendant") and Plaintiffs Rhonda Whittenburg and Stefani Concepcion (Plaintiffs and Defendant shall be referred to collectively as the "Parties") have submitted a Joint Stipulation Requesting the Continuance of the Pending Case Management Conference.

CALL & JENSEN
A PROFESSIONAL CORPORATION

KOH01-10:848572_1:8-16-11

- 1 -

1  The Court, having analyzed the joint stipulation, and having considered the
2  arguments and the record herein, hereby orders that:
3  The Initial Case Management Conference is hereby continued from August 19,
4  2011, until _____ Friday, October 7 , 2011, at __8:30 a.m._____.

6  IT IS SO ORDERED.

8  Dated: August 17, 2011 _____          _____
                                              Honorable Charles R. Breyer

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(Seal: United States District Court, Northern District of California)