IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA WHITTENBURG, ET. AL.,<br><br>    Plaintiffs,<br><br>  v.<br><br>KOHLS CORPORATION, ET. AL.,<br><br>    Defendants.              / | No. C 11-02320 CRB<br><br>**ORDER CONSOLIDATING CASES** |

Defendant Kohl's Corporation ("Defendant") filed a Motion to Consolidate Burdewick v. Kohl's Department Stores, Inc., No. 12-119, and Shirvanian v. Kohl's Corp., No. 11-4427, with this action. Dkt. 22. Defendant filed Notice of this Motion in both of these cases. See Dkt. 21 in case No. 11-4427, Dkt. 16 in case No. 12-119. Plaintiff Whittenburg filed a Notice of Non-Opposition to the Motion. Dkt. 23. Plaintiff Shirvanian also filed a Notice of Non-Opposition in case No. 11-4427. Dkt. 22. Plaintiff Burdewick has not filed anything in response to the Notice.

The Court, having carefully considering the papers and evidence filed by the parties, hereby ORDERS as follows:

(1) Pursuant to Local Rule 7-1(b), the hearing scheduled for Friday, February 24 is VACATED;

(2) Defendant's Motion is GRANTED;

(3) <u>Burdewick v. Kohl's Department Stores, Inc.</u>, No. 12-119, and <u>Shirvanian v. Kohl's Corp.</u>, No. 11-4427, are hereby consolidated with this case for all purposes.

**IT IS SO ORDERED.**

Dated: February 22, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE