IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA WHITTENBURG ET AL., | No. C 11-2320 CRB |
| Plaintiffs, | **ORDER** |
| v. | |
| KOHL'S CORPORATION ET AL., | |
| Defendants. / | |

Three class-action lawsuits against Kohl's regarding its alleged practice of recording zip codes during credit card transactions have been consolidated before this Court. See Case Nos. 11-4427; 12-0119; 11-2320. Counsel for Plaintiffs and Defendants in Burdewick v. Kohl's Dep't Stores, Inc., No. 11-2320, notified the Court that a settlement had been reached, see dkt. 32, and Plaintiffs in that case filed a motion for preliminary approval of a class-action settlement shortly thereafter. See dkt. 33.

Plaintiffs in the other two cases (Nos. 11-4427 and 12-0119) filed a Motion for Class Certification the same day that Plaintiffs in Burdewick notified the court of the settlement. See dkt. 30. As the proposed settlement in Burdewick may resolve some or all of the claims in the other cases, the Court hereby STAYS all proceedings in connection with the Motion for Class Certification (dkts. 30-31) until the hearing on the motion for preliminary approval of the class settlement on October 5, 2012, at 10 a.m., at which all parties in these three cases

should appear. The hearing on the Motion for Class Certification on September 28, 2012, is VACATED.

**IT IS SO ORDERED.**

Dated: August 28, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE